

**NUMBER 13-14-00044-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN HALL, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On appeal from the 66th District Court
of Hill County, Texas.

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Rodriguez, Benavides, and Perkes**
**Order Per Curiam**

This appeal was transferred to this Court from the Tenth Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West, Westlaw through 2013 3d C.S.) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.) (granting the supreme court the

authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer). This cause is currently before the Court on appellant's third extension of time to file the brief. The reporter's record was filed on June 6, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling 124 days to file the brief, and appellant now seeks an additional seventeen days, until November 20, 2014, to file the brief.

The Court GRANTS appellant's third motion to file the brief and ORDERS the Honorable L. Patrick Davis to file the brief on or before November 20, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
14th day of November, 2014.